735 S.E.2d 240

**TOO TACKY PARTNERSHIP, Petitioner,**

v.

**SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL and Mayo Read, Jr., Respondents.**

Appellate Case No. 2009–149126.

No. 27198.

Supreme Court of South Carolina.

Heard Nov. 14, 2012.

Decided Dec. 5, 2012.

John P. Seibels, Jr. and Jason S. Luck, both of The Seibels Law Firm, P.A., of Charleston, for Petitioner.

Bradley D. Churdar, of Charleston, and Jacquelyn S. Dickman, of Columbia, for Respondent SCDHEC.

Richard L. Tapp, Jr. and Stephen P. Groves, Sr., both of Nexsen Pruet, LLC, of Charleston, for Respondent Mayo Read.

PER CURIAM.

We granted a writ of certiorari to review the court of appeals' decision in *Too Tacky Partnership v. South Carolina Department of Health and Environmental Control,* 386 S.C. 32, 686 S.E.2d 194 (Ct.App.2009). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE, JJ., and Acting Justice JAMES E. MOORE, concur.